UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NATALIE LUTTRELL, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.      Case No. 3:23-cv-772-MMH-LLL

THE MEDICAL IMAGING
PARTNERSHIP – JAX I, LLC,
d/b/a Precision Imaging Centers,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a) Without Prejudice (Dkt. No. 27; Notice) filed on September 5, 2023. In the Notice, Plaintiff requests dismissal of this matter without prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2.  The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of September, 2023.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record